# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 6D23-1393
Lower Tribunal No. 2017-CA-002263-O

————————————————

TAMELA MAYFIELD,

Appellant,

v.

FIX'N CHICK'N, LLC and ZAXBY'S FRANCHISING, LLC,

Appellees.

————————————————

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 5, 2023

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Blair Fazzio and Joseph Abdallah, of Kanner & Pintaluga, P.A., Boca Raton, for Appellant.

Carly M. Weiss and Lisette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, and Therese A. Savona, of Cole, Scott, Kissane, P.A., Orlando, for Appellee, Fix'n Chick'n, LLC.

Amanda R. Dunn, Michael S. Rywant, and Gregory D. Jones, of Rywant, Alvarez, Jones, Russo & Guyton, P.A., Tampa, for Appellee, Zaxby's Franchising, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED